IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANDREA LARSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELK, INC.,<br><br>Defendant. | Case No. 3:25-cv-00424-FDW-SCR<br><br>Class Action<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andrea Larson hereby voluntarily dismisses this action without prejudice. Defendant has not filed an answer or a motion for summary judgment.

Dated: June 30, 2025

Respectfully submitted,

*/s/ Scott C. Harris*
Scott C. Harris (NC Bar No. 35328)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5003
sharris@milberg.com

J. Gerard Stranch, IV
Grayson Wells
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*